UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wanda Elaine Cardinal, and
Christopher Cardinal,

Civil No.:  12cv2921 (MJD/SER)

Plaintiffs,

v.

**ORDER**

Scott Walker,
J.B. Van Hollen,
Department of Corrections,
St. Croix Co.,
St. Croix Co. Attorney,
City of Hudson,
Marty Jensen,
Hudson Fire Chief,
Hudson City Attorney,
Hudson City Council,
Joseph Starkey,
Emily Dexter,
Officer Hartman,
Officer Rieger,
Officer Rankin,
Officer Rangour,
Mike O'Keefe, and
Alan Burchill,

Defendants.

---

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED** that:

1.  Plaintiffs' application for leave to proceed *in forma pauperis*, (Docket No. 2), be **DENIED**;

1

2. Plaintiffs' motion for appointment of counsel, (Docket No. 4), be **DENIED**; and

3. This action is summarily **DISMISSED WITHOUT PREJUDICE**.


Dated:  February 8, 2013

                                       *s/Michael J. Davis*
                                       Michael J. Davis
                                       Chief Judge
                                       U.S. District Court